**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **VIRGINIA CREDIT UNION, INC.,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **GARDA CL ATLANTIC, INC.,** <br> **Serve: Corporate Creations Network, Inc.,** <br> **425 W Washington St Ste 4** <br> **Suffolk, VA, 23434-5320** <br><br> **Defendant.** | **Civil Action No.: 3:24cv415** |

## COMPLAINT

Plaintiff Virginia Credit Union, Inc. ("VACU"), by counsel, states the following for its Complaint against Defendant Garda CL Atlantic, Inc. ("Garda"):

**PARTIES**

1. VACU is a member-owned credit union with its principal place of business located in Chesterfield, Virginia.

2. Garda is a Delaware corporation with its principal place of business located at 2000 NW Corporate Boulevard, Suite 400, Boca Raton, Florida, 33431.

**JURISDICTION AND VENUE**

3. Jurisdiction is proper under 28 U.S.C. § 1332(a) because there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. This Court has personal jurisdiction over Garda under Virginia's Long-Arm Statute, Va. Code § 8.01-328.1, because Garda transacts business in Virginia, it contracted to supply services or things in Virginia, and it maintains a registered agent in Virginia.

5. Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to VACU's claims occurred in the Eastern District of Virginia.

## FACTUAL BACKGROUND

6. On or about August 1, 2009, Garda and VACU entered into an Armored Car Service Agreement with Cash Processing (the "Service Agreement"). The parties subsequently executed an Addendum to the Service Agreement to clarify and add certain provisions to the Service Agreement. A true and accurate copy of the Service Agreement and Addendum to the Service Agreement is attached hereto as **Exhibit A** and incorporated herein by reference for all purposes.

7. Under the Service Agreement, VACU would order cash shipments for delivery by Garda to designated VACU branches. Upon ordering a cash shipment, VACU's Federal Reserve Account would be debited for the amount of cash ordered. Garda would pick up the ordered cash in the amount debited and deliver it by armored transport to the designated VACU branch at which point VACU would credit its general ledger for the amount of the cash order.

8. VACU records each Garda cash shipment delivery by signing for the delivery and processing it under dual control. Garda scans a physical barcode, and its driver scans his or her badge to record the delivery location and driver before VACU signs the Garda device.

9. On July 3, 2023, VACU ordered a $120,00.00 cash shipment for delivery by Garda on July 5, 2023 to VACU's Courthouse Branch located at 6737 Public Safety Way Chesterfield, VA 23832 (the "Courthouse Branch").

10. The $120,000.00 cash shipment never reached the Courthouse Branch or any other VACU branch. However, VACU's Federal Reserve Account was nonetheless debited for the entire amount of the cash shipment.

11. Garda has no scanning record of showing that the $120,000.00 cash shipment ordered on July 3, 2023 ever reached the Courthouse Branch or any other VACU branch.

12. On July 11, 2023, VACU sent an urgent email to Garda to notify Garda of the missing cash shipment. Garda did not acknowledge VACU's notification of the missing cash shipment until July 19, 2023.

13. On July 27, 2023, Garda requested surveillance video from another VACU branch located in Mechanicsville where cash shipments had been delivered on July 10-11, 2023.

14. VACU reviewed the surveillance video for its Mechanicsville branch on July 27, 2023. The video did not reveal any delivery of the $120,000.00 cash shipment by Garda to that branch.

15. At some point in October 2023, this surveillance video for the Mechanicsville branch was overwritten based on VACU's retention schedule.

16. Throughout the remainder of 2023, VACU continued to contact Garda in effort to resolve the missing cash shipment.

17. On October 26, 2023, VACU notified Garda that the Mechanicsville branch surveillance video was no longer retrievable.

18. Since that time, and despite failing to locate or account for the missing cash shipment, Garda has taken the position that VACU's failure to produce surveillance video for its Mechanicsville branch relieves Garda of any obligation to reimburse VACU for Garda's failure to deliver the cash shipment to the Courthouse Branch (or any other VACU branch).

19. VACU disagrees with Garda's position and has demanded reimbursement for the missing $120,000.00 cash shipment.

20. Even if VACU's failure to produce surveillance video for its Mechanicsville branch could be deemed a failure "to fully cooperate" in an investigation as required by Section VII of the Services Agreement, Garda's initial failure to deliver (or even account for) the missing $120,000.00 cash shipment constitutes a first material breach of the Service Agreement and excuses VACU's failure to produce the requested surveillance video to Garda.

**COUNT ONE: Breach of Contract**

21. VACU incorporates the allegations set forth in paragraphs 1-20 as if set forth fully herein.

22. Garda breached the terms of the Service Agreement by failing to deliver (or even account for) the missing $120,000.00 cash shipment and by failing to reimburse VACU for the missing cash shipment.

23. As a result of Garda's breach of contract, VACU has been damaged in the amount of $120,000.00.

WHEREFORE, Plaintiff Virginia Credit Union, Inc., by counsel, respectfully requests that this Court enter judgment against Defendant Garda CL Atlantic, Inc. in the amount of $120,000.00, plus pre-judgment interest, post-judgment interest, and costs as allowed, together with any such other and further relief as this Court may deem just and proper.

This 5th day of June 2024.

**VIRGINIA CREDIT UNION, INC.**

By:________________________

J.P. McGuire Boyd, Jr. (VSB No. 72753)
WILLIAMS MULLEN
P. O. Box 1320
Richmond, Virginia 23218-1320
Telephone: 804.420.6927
Email: mboyd@williamsmullen.com
*Counsel for Virginia Credit Union, Inc.*

105358078.1